# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**THERESA L. WILL,**

      **Plaintiff,**

  v.                                          Case No.:  2:13-cv-166
                                                  JUDGE GEORGE C. SMITH
                                                  Magistrate Judge Deavers

**COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This case is before the Court to consider the Report and Recommendation issued by the Magistrate Judge on February 6, 2014.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  Defendant's Motion to Dismiss Plaintiff's Complaint is hereby **GRANTED**.

The Clerk shall remove Documents 10 and 12 from the Court's pending motions list and enter judgment in favor of Defendant in accordance with the Report and Recommendation.

      **IT IS SO ORDERED.**

                                                                   */s/ George C. Smith*
                                                                   **GEORGE C. SMITH, JUDGE**
                                                                   **UNITED STATES DISTRICT COURT**